# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| MATTHEW DAVID LANDERS, | ) | |
| MELEAH BETH LANDERS, | ) | CASE NO. R18-41619BEM |
| | ) | |
| DEBTORS, | ) | JUDGE ELLIS-MONRO |

## VOLUNTARY DISMISSAL

The Debtors hereby dismiss their Chapter 13 case without prejudice.

Respectfully submitted this 3rd day of March, 2020.

                                                        /s/Jeffrey B. Kelly
                                                  JEFFREY B. KELLY
                                                  Law Office of Jeffrey B. Kelly, P.C.
                                                  Attorney for Debtors
107 E. 5th Avenue                   Georgia Bar No. 412798
Rome, GA 30161
(678) 861-1127 (Phone)
(706) 413-1365 (Fax)
lawoffice@kellycanhelp.com

**AFFIDAVIT**

The undersigned hereby declares under penalty of perjury, that the statements made in the foregoing are true and correct to the best of his/her information, knowledge and belief.

This 3rd day of March, 2020.


/s/Matthew David Landers
DEBTOR


/s/Meleah Beth Landers
DEBTOR

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing Dismissal on the following by U. S. Mail, in a properly stamped and addressed envelope.

Mary Ida Townson
Chapter 13 Trustee
285 Peachtree Center Ave., NE, Suite 1600
Atlanta, GA 30303

Matthew Landers
Meleah Landers
66 Mango Rd., NE
Rome, GA  30161

All parties on the attached mailing list.

This 3rd day of March, 2020.

/s/Jeffrey B. Kelly
JEFFREY B. KELLY
Law Office of Jeffrey B. Kelly, P.C.
Attorney for Debtors
107 E. 5th Avenue
Georgia Bar No.  412798
Rome, GA  30161
(678) 861-1127 (Phone)
(706) 413-1365 (Fax)
lawoffice@kellycanhelp.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-4<br>Case 18-41619-bem<br>Northern District of Georgia<br>Rome<br>Tue Mar  3 16:09:27 EST 2020 | (p)1ST FRANKLIN FINANCIAL CORPORATION<br>PO BOX 880<br>TOCCOA GA 30577-0880 | 1st Franklin Financial Corpora<br>135 E Tugalo St<br>Toccoa, GA 30577-2357 |
| 1st Franklin Financial Corporation<br>Attn:Administrative Services<br>P.O. Box 880<br>Toccoa, GA 30577-0880 | Aarons Sales & Lease<br>Attn: Bankruptcy<br>309 E Paces Ferry Rd Ne<br>Atlanta, GA 30305-2367 | Acima Credit Fka Simpl<br>9815 S Monroe St Fl 4<br>Sandy, UT 84070-4384 |
| American General Financial/Springleaf Fi<br>Springleaf Financial/Attn: Bankruptcy De<br>Po Box 3251<br>Evansville, IN 47731-3251 | BANK OF AMERICA, N.A.<br>P.O. Box 31785<br>TAMPA, FL 33631-3785 | BANK OF AMERICA, N.A.<br>Bank of America<br>P.O. Box 31785<br>Tampa, FL 33631-3785 |
| Bank Of America<br>Nc4-105-03-14<br>Po Box 26012<br>Greensboro, NC 27420-6012 | Bank of America<br>P.O. Box 25118<br>Tampa, FL 33622-5118 | Billy Landers<br>8 Camelia Lane<br>Rome, GA 30161-9645 |
| Capital One<br>Attn: Bankruptcy<br>Po Box 30253<br>Salt Lake City, UT 84130-0253 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Cb&t<br>Attn:Bankruptcy<br>Po Box 120<br>Columbus, GA 31902-0120 |
| Citicards Cbna<br>Citicorp Credit Svc/Centralized Bankrupt<br>Po Box 790040<br>Saint Louis, MO 63179-0040 | Collection Srvs of Athens, Inc<br>Po Box 8048<br>Athens, GA 30603-8048 | Coosa Valley CU<br>2010 Redmond Cir NW<br>Rome, GA 30165-1398 |
| Coosa Valley Credit Union<br>The Agee Law Firm, LLC<br>PO Box 2284<br>Buford, GA 30515-9284 | Daniel Pate<br>C/O Christopher Twyman, Esq.<br>711 Broad St.<br>Rome, GA 30161-3015 | Directv, LLC<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 |
| (p)EASYPAY FINANCE<br>PO BOX 2549<br>CARLSBAD CA 92018-2549 | Elan Financial Servi<br>Cb Disputes<br>Saint Louis, MO 63166 | Equifax<br>PO Box 740241<br>Atlanta, GA 30374-0241 |
| Experian<br>PO Box 9701<br>Allen, TX 75013-9701 | Financial Asset Management Sys<br>PO Box 1069<br>Woodstock, GA 30188-1069 | Floyd County Magistrate<br>3 Government Plaza Suite 227<br>Rome, GA 30161-2835 |
| Floyd Emergency Physicians<br>P.O. BOX 1882<br>Rome, GA 30162-1882 | Floyd Emergency Physicians LLC<br>PO Box 938<br>Vero Beach, FL 32961-0938 | Floyd Healthcare Management, I<br>PO Box 233<br>Rome, GA 30162-0233 |

```
Floyd Medical                      Floyd Primary Care                 Floyd Primary Care Physicians
420 East Second Avenue             PO Box 1882                        P.O. Box 1882
Ste. 102                           Rome, GA 30162-1882                Rome, GA 30162-1882
Rome, GA 30161-3210


Floyd Professional Billing         (p)GEORGIA DEPARTMENT OF REVENUE   Radha E. Gordon
PO Box 1882                        COMPLIANCE DIVISION                Aldridge Pite, LLP
Rome, GA 30162-1882                ARCS BANKRUPTCY                    Suite 500, Fifteen Piedmont Center
                                   1800 CENTURY BLVD NE SUITE 9100    3575 Piedmont Road, N.E.
                                   ATLANTA GA 30345-3202              Atlanta, GA 30305-1636


HARBIN CLINIC LLC                  Harbin Clinic                      Holloway
C/O NATIONWIDE RECOVERY SERVICE    1825 Martha Berry Blvd             Holloway Credit Solutions, LLC.
P.O. BOX 8005                      Rome, GA 30165-1625                Po Box 6441
Cleveland, TN 37320-8005                                              Dothan, AL 36302-6441


(p)INTERNAL REVENUE SERVICE        Jeffrey B. Kelly                   Matthew David Landers
CENTRALIZED INSOLVENCY OPERATIONS  Law Office of Jeffrey B. Kelly, P.C.  66 Mango Rd NE
PO BOX 7346                        107 E. 5th Avenue                  Rome, GA 30161-9619
PHILADELPHIA PA 19101-7346         Rome, GA 30161-1725


Meleah Beth Landers                Law Office of Scheer,Green &..     MDS/Medical Data Systems
66 Mango Rd NE                     1 Segate Suite 640                 2001 9th Ave
Rome, GA 30161-9619                Toledo, OH 43604-4501              Ste 312
                                                                      Vero Beach, FL 32960-6413


Andrew Houston McCullen            Med Fast                           Michael T. Bryan LLC
Aldridge Pite LLP                  PO Box 2002                        Attorney for Floyd Healthcare
Suite 500                          Tallevast, FL 34270-2002           PO Box 107
3575 Piedmont Road NE                                                 Rome, GA 30162-0107
Atlanta, GA 30305-1636


Mid America Bank & T               Natiowide Recovery Service         (p)NISSAN MOTOR ACCEPTANCE CORPORATION
121 Continental Dr Ste 1           Attn: Bankruptcy                   LOSS RECOVERY
Newark, DE 19713-4325              Po Box 8005                        PO BOX 660366
                                   Cleveland, TN 37320-8005           DALLAS TX 75266-0366


Nissan Motor Acceptance            OHSI Financial Services            OneMain
POB 660366                         1000 Circle 75 Parkway             P.O. Box 3251
Dallas, TX  75266-0366             Suite 600                          Evansville, IN. 47731-3251
                                   Atlanta, GA 30339-6051


Onemain                            PDQ                                PRA  Receivables Management LLC
Po Box 1010                        PO Box 2109                        POB 41067
Evansville, IN 47706-1010          Woodstock, GA 30188-1374           Norfolk, VA 23541-1067


PRA Receivables Management, LLC    PRA Receivables Management, LLC as agent of  Pentagon Federal Cr Un
PO Box 41021                       Portfolio Recovery Associates, LLC  Po Box 1432
Norfolk, VA 23541-1021             PO Box 41067                       Alexandria, VA 22313-1432
                                   Norfolk, VA 23541-1067
```

| | | |
|---|---|---|
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Riverside Oral & Facial Surger<br>2001 J L Todd Drive<br>Rome, GA 30161-5048 | Santander Consumer USA<br>Po Box 961245<br>Ft Worth, TX 76161-0244 |
| Seas & Associates, LLC<br>PO Box 15174<br>Little Rock, AR 72231-5174 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Synchrony Bank/Care Credit<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Tanner Medical Group<br>PO Box 896096<br>Charlotte, NC 28289-6096 | Target<br>C/O Financial & Retail Srvs<br>Mailstopn BT POB 9475<br>Minneapolis, MN 55440-9475 | Thomas H Manning<br>420 East Second Avenue<br>Rome, GA 30161-3209 |
| Mary Ida Townson<br>Chapter 13 Trustee<br>Suite 1600<br>285 Peachtree Center Ave, NE<br>Atlanta, GA 30303-1259 | Trans Union<br>PO Box 1000<br>Chester, PA 19016-1000 | U.S. Department of Housing & Urban Developme<br>451 7th Street SW<br>Washington, D.C. 20410-0002 |
| U.S. Department of Housing and Urban Develop<br>451 7th Street S.W.<br>Washington, DC 20410-0002 | United States Attorney<br>Northern District of Georgia<br>75 Ted Turner Drive SW, Suite 600<br>Atlanta GA 30303-3309 | Verve<br>PO Box 31292<br>Tampa, FL 33631-3292 |
| Verve Credit Card<br>P.O. Box 31292<br>Tampa, FL 33631-3292 | West Rome Animal Clinic<br>2012 Shorter Ave.<br>Rome, GA 30165-2099 | Workout Anytime<br>PO Box 6800<br>North Little Rock, AR 72124-6800 |
| World Finance Corp<br>2640b Metropolitan Pkwy<br>Atlanta, GA 30315-7921 | World Finance Corp. c/o World Acceptance Cor<br>Attn: Bankruptcy Processing Center<br>PO Box 6429<br>Greenville, SC 29606-6429 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| 1st Franklin Financial<br>135 E Tugalo Street<br>Toccoa, GA 30577 | (d)Ben F Cheek III<br>135 East Tugalo St<br>Toccoa, GA 30577 | Duvera Collections<br>Attention: Bankruptcy Department<br>Po Box 2549<br>Carlsbad, CA 92018 |
| (d)Easypay Finance<br>PO Box 2549<br>Carlsbad, CA 92018 | Georgia Department of Revenue<br>Bankruptcy Section<br>PO Box 161108<br>Atlanta, GA 30321-1108 | IRS<br>Centralized Solvency Operation<br>PO Box 21126<br>Philadelphia, PA 19114 |

```
Nissan Motor Acceptance          Portfolio Recovery          (d)Portfolio Recovery Associates, LLC
8900 Freeport Pkwy               Po Box 41067                POB 41067
Irving, TX 75063                 Norfolk, VA 23541           Norfolk VA 23541
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Bank of America N.A.                  End of Label Matrix
                                         Mailable recipients    79
                                         Bypassed recipients     1
                                         Total                  80
```